583 A.2d 350

INGRID K. SCIPIO v. TOWNSHIP OF FAIRFIELD.

March 30, 1990.

Petition for certification denied.

583 A.2d 350

WAYNE PROWITZ v. RIDGEFIELD PARK VILLAGE.

KATHLEEN DUNLEAVY v. RIDGEFIELD PARK VILLAGE.

March 30, 1990.

Petition for certification granted. (See 237 *N.J.Super.* 435, 568 *A.*2d 114)

583 A.2d 350

IN THE MATTER OF THE ESTATE OF CAROLINE J. GRADEL, DECEASED.

March 30, 1990.

Petition for certification denied.